THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| CHRISTOPHER THORNTON,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW DUMONT et al.,<br><br>Defendants. | **MEMORANDUM DECISION<br>& DISMISSAL ORDER**<br><br><br>Case No. 2:22-CV-475-RJS<br><br>Chief District Judge Robert J. Shelby |

In an Order dated July 20, 2022, the Court ordered Plaintiff to within thirty days file his required initial partial filing fee (IPFF) of $15, and a signed consent form to have the remaining fee collected in increments from Plaintiff's inmate account. (ECF No. 5.) To date, Plaintiff has not complied, nor has Plaintiff responded to the Order.

**IT IS ORDERED** that, because Plaintiff did not follow the Court's order to file an IPFF and consent, and has failed to prosecute this case, *see* DUCivR 41-2, Plaintiff's complaint is **DISMISSED** without prejudice. This action is **CLOSED**.

Dated this 29th day of September, 2022

BY THE COURT:

CHIEF JUDGE ROBERT J. SHELBY
United States District Court